# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-30061
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
August 2, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Djuan Parker,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:18-CR-74-1

———————————————————————

Before Elrod, Haynes, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Djuan Parker has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Parker has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30061

Parker's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

There is a clerical error in the revocation order. The list of violations in the order includes Violation Number 2, which the Government withdrew during the revocation hearing. Accordingly, we REMAND for correction of the clerical error in the revocation order in accordance with Federal Rule of Criminal Procedure 36. *See United States v. Illies*, 805 F.3d 607, 610 (5th Cir. 2015).